IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILL G. NICHOLS, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>CHESAPEAKE OPERATING, LLC, and CHESAPEAKE EXPLORATION, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-16-1073-PRW<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Court's order issued this date, the Court **DISMISSES** this action without prejudice.

**ENTERED this 27th day of January in Oklahoma City, Oklahoma.**

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE